## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**JUDITH WILLIAMS,**

    **Plaintiff,**

**v.**                 **Case No. 17-cv-3058**

**GC SERVICES, LP;**

    **Defendant**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Judith Williams and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant GC Services LP.

Dated this ____12th____ day of January, 2018.

            Respectfully submitted,

            *Ed Shprukhman*

            /s/ *M. Edvard Shprukhman*

            M. Edvard Shprukhman
            **LAW OFFICE OF M. EDVARD SHPRUKMAN**
            8202 Anita Road
            Pikesville, MD 21208
            Telephone (410) 262- 6448
            Email: legalhelptoday@gmail.com
            *Attorney for Plaintiff*

_____