IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LOGGED   ENTERED
RECEIVED

JAN 1 6 2018

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY____ DEPUTY

| | |
|---|---|
| **JUDITH WILLIAMS,** | |
| Plaintiff, | |
| v. | Case No. 17-cv-3058 |
| **GC SERVICES, LP;** | |
| Defendant | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Judith Williams and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant GC Services LP.

Dated this 12th day of January, 2018.

Approved
CCB USDJ
1/16/18

Respectfully submitted,

*Ed Shprukhman*
/s/ M. Edvard Shprukhman
M. Edvard Shprukhman
**LAW OFFICE OF M. EDVARD SHPRUKMAN**
8202 Anita Road
Pikesville, MD 21208
Telephone (410) 262- 6448
Email: legalhelptoday@gmail.com
*Attorney for Plaintiff*